0005-33-EPIM33-00110781-224632

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### BOSTON DIVISION

In re: FRANCOIS YOUHANNA                                        Case No.: 15-11440-FJB

       Debtor(s)                                                              Chapter 13 Bankruptcy

## NOTICE OF FINAL CURE PAYMENT

       Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor:   EAST BOSTON SAVINGS BANK

Trustee Claim No.:   013

Last four (4) digits of any number used to identify the Debtor's account: 9461

Final Cure Amount:

       Amount of Allowed Pre-Petition Arrearage:   $13,073.52

       Amount Paid by Trustee:                                  $13,073.52

Monthly Ongoing Mortgage Payment is Paid:

       ____ Through the Chapter 13 Trustee conduit         __X__ Direct by the Debtor

       Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with the Bankruptcy Code section 1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated:  03/20/2020                                        Respectfully submitted:

                                                                         /s/ Carolyn A. Bankowski
                                                                        Chapter 13 Trustee

# United States Bankruptcy Court
## DISTRICT OF MASSACHUSETTS
### BOSTON DIVISION

In Re:  
FRANCOIS YOUHANNA

CASE NO: 15-11440-FJB

### Certificate of Service

The undersigned hereby certifies that on this date a copy of the Trustee's Notice of Final Cure Payment was served via first class mail postage prepaid, or by electronic notice, upon the debtor, debtor's counsel and creditor at the addresses set forth below.

JOSEPH P. FOLEY, ESQ.  
98 NORTH WASHINGTON STREET SUITE 104 BOSTON, MA 02114-0033

FRANCOIS YOUHANNA  
5198 WASHINGTON STREET WEST ROXBURY, MA 02132

EAST BOSTON SAVINGS BANK  
MORELLO & ASSOCIATES P.C. 220 BROADWAY, UNIT 402 LYNNFIELD, MA 01940

Dated: 03/20/2020

/s/ Carolyn A. Bankowski  
Chapter 13 Trustee