**Fill in this information to identify the case:**

Debtor 1  Francois Youhanna d/b/a Target Pizza and Subs, Inc.

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Massachusetts

Case number  15-11440

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** East Boston Savings Bank

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account:   8  9  4  6

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | See itemization sheet attached | (1) | $ 3,501.12 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | See itemization sheet attached | (3) | $ 11,172.50 |
| 4. Filing fees and court costs | | (4) | $ 357.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 443.66 |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:____ | | (10) | $ |
| 11. Other. Specify:____ | | (11) | $ |
| 12. Other. Specify:____ | | (12) | $ |
| 13. Other. Specify:____ | | (13) | $ |
| 14. Other. Specify:____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Francois Youhanna d/b/a Target Pizza                Case number (if known) 15-11440
           First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ John F. Morello                                    Date  02/10/2020
   Signature

Print:   John F. Morello                                 Title  Attorney
         First Name    Middle Name    Last Name

Company  Morello & Associates, P.C.

Address  220 Broadway, Unit 402
         Number    Street
         Lynnfield                    MA        01940
         City                         State     ZIP Code

Contact phone  781-477-1822            Email  jmorello@morellolaw.com

# #15-11440 – Francois Youhanna Bills

| | | | |
|---|---|---|---|
| JM | April 2015 | • Intake<br>• Notice of Appearance<br>• Reviewed petition | $258.75<br>Hrs. 1.04 |
| JM | May 2015 | • Objection Motion - Cash Collateral<br>• Attended hearing<br>• Review miscellaneous notices | $1,000.00<br>Hrs. 4 |
| JM/SC | June 2015 | • Review Operating Report<br>• Draft Proof of Claim<br>• Objection to Plan | $635.00<br>Hrs. 2.54 |
| JM | August 2015 | • Draft Objection to Amended Plan<br>• Miscellaneous notices – Trustee Order to Dismiss | $525.00<br>$62.50<br>Hrs. 2.35 |
| JM | September 2015 | • Drafted Objection to Second Amended Plan<br>• Miscellaneous review of notices and new schedules | $787.50<br>Hrs. 3.15 |
| JM | October 2015<br>November 2015 | • Review rental income<br>• Draft Certificate of Conference<br>• Motion to Continue<br>• 13-16-1 Conference regarding failure to make payments | $725.00<br>Hrs. 2.90 |
| JM | December 2015 | • Hearing on Objection to Plan | $500.00<br>Hrs. 2 |
| JM | January 2016 | • Memo in support of Objection<br>• Non-renewal of Insurance<br>• Failure to make payments<br>• Prepared for hearing | $987.50<br>Hrs. 3.95 |
| JM | February 2016<br>March 2016<br>July 2016 | • Miscellaneous insurance<br>• Confirmation of Plan<br>• 13-16-1 pre-filing conference with Attorney | $212.50<br>$87.50<br>$62.50<br>Hrs. 1.45 |
| JM | August 2016 | • Draft Real Estate Work Sheet for Motion for Relief from Stay<br>• Draft Motion for Relief from Stay<br>• Motion for Relief filing fees | $863.50<br>Hrs. 3.45 |

| | | | |
|---|---|---|---|
| JM/VK | September 2016 | <ul><li>Opposition Motion for Relief</li><li>Motion to continue</li><li>Accounting to Attorney</li><li>Services of hearing</li></ul> | $689.25<br>Hrs. 2.76 |
| JM | October 2016 | <ul><li>Review spreadsheets of Debtor</li><li>Draft withdrawal</li><li>Authorization Letter</li></ul> | $537.50<br>Hrs. 2.15 |
| JM | April 2016<br>May 2016<br>June 2016 | <ul><li>Trustees Motion to Dismiss</li><li>Opposition</li><li>Review amended schedules</li></ul> | $37.50<br>$37.50<br>$75.00<br>Hrs. .06 |
| JM | July 2017 | <ul><li>Review Amended Plan</li><li>13-16-1 conference regarding failure to make payments</li></ul> | $225.00<br>Hrs. .09 |
| JM | August 2017 | <ul><li>Trustee Motion to Dismiss</li><li>Amended Schedules and Plan</li><li>Trustee Objection</li></ul> | $337.50<br>Hrs. 1.35 |
| JM | September 2017 | <ul><li>Draft Motion for Relief</li><li>Review amended I + J</li><li>Motion to Amend</li><li>Review new plan</li></ul> | $475.00<br>Hrs. 1.90 |
| JM | October 2017<br>December 2017<br>March 2018 | <ul><li>Review Motion</li><li>13-16-1 conference regarding failure to make payments</li><li>Confirming plan and bank figures</li><li>Notices of post-petition fees and payment changes</li></ul> | $137.50<br>$50.00<br>$93.75<br>Hrs. 1.13 |
| JM | June 2018<br>July 2018<br>August 2018 | <ul><li>Received delinquent figures</li><li>Conference with Attorney regarding payments</li><li>Accounting to Attorney</li></ul> | $10.00<br>$82.50<br>$137.50<br>$87.50<br>Hrs. 1.27 |
| JM | September 2018 | <ul><li>Real Estate Work Sheet</li><li>Draft Motion for Relief</li><li>Fee to Court</li></ul> | $518.50<br>Hrs. 2.07 |
| JM/AP/SC | October 2018 | <ul><li>13-16-1 Conference</li><li>Draft Motion for Relief</li><li>Opposition to Motion for Relief</li><li>Served notice of hearing</li></ul> | $700.25<br>Hrs. 2.07 |
| JM/SC | November 2018 | <ul><li>Motion to continue</li><li>Revised Work Sheet</li><li>Conference with Attorney regarding accounting</li></ul> | $375.00<br>Hrs. 1.50 |

| | | | |
|---|---|---|---|
| JM | December 2018 | <ul><li>Meeting with Debtor to go over accounting</li><li>Forwarded copies of checks and payments to Attorney</li><li>Prepared for hearing</li></ul> | $725.00<br>Hrs. 2.90 |
| JM | January 2019<br>February 2019 | <ul><li>Draft Post-Petition breakdown of debtor payments and fees</li><li>Motion to withdraw</li><li>Trustee Dismissal</li><li>Order of the Court</li><li>Conference with Attorney regarding breakdown</li></ul> | $860.25<br>$89.00<br>Hrs. 3.80 |

# FRANCOIS YOUHANNA – FIRST MORTGAGE ASSESSED LATE FEES

| Date | Type | Amount |
|---|---|---|
| 8/12/2019 | Auto Late Fee Assessment | $159.25 |
| 9/11/2018 | Auto Late Fee Assessment | $159.25 |
| 8/11/2018 | Auto Late Fee Assessment | $159.25 |
| 7/11/2018 | Auto Late Fee Assessment | $159.25 |
| 6/11/2018 | Auto Late Fee Assessment | $159.25 |
| 5/11/2018 | Auto Late Fee Assessment | $159.25 |
| 4/11/2018 | Auto Late Fee Assessment | $159.25 |
| 3/12/2018 | Auto Late Fee Assessment | $159.25 |
| 2/12/2018 | Auto Late Fee Assessment | $159.25 |
| 1/11/2018 | Auto Late Fee Assessment | $159.25 |
| 12/11/2017 | Auto Late Fee Assessment | $159.25 |
| 11/13/2017 | Auto Late Fee Assessment | $159.25 |
| 10/11/2017 | Auto Late Fee Assessment | $159.25 |
| 9/11/2017 | Auto Late Fee Assessment | $159.25 |
| 7/11/2017 | Auto Late Fee Assessment | $159.25 |
| 6/12/2017 | Auto Late Fee Assessment | $159.25 |
| 4/11/2017 | Auto Late Fee Assessment | $159.25 |
| 3/11/2017 | Auto Late Fee Assessment | $159.25 |
| 2/11/2017 | Auto Late Fee Assessment | $159.25 |
| 12/12/2016 | Auto Late Fee Assessment | $159.25 |
| 11/12/2016 | Auto Late Fee Assessment | $159.25 |
| 10/11/2016 | Auto Late Fee Assessment | $159.25 |
| 9/12/2016 | Auto Late Fee Assessment | $159.25 |
| 8/11/2016 | Auto Late Fee Assessment | $159.25 |
| 7/11/2016 | Auto Late Fee Assessment | $159.25 |
| 6/11/2016 | Auto Late Fee Assessment | $159.25 |
| 5/11/2016 | Auto Late Fee Assessment | $159.25 |
| 4/11/2016 | Auto Late Fee Assessment | $167.85 |
| 3/11/2016 | Auto Late Fee Assessment | $167.85 |
| 2/11/2016 | Auto Late Fee Assessment | $167.85 |
| 1/11/2016 | Auto Late Fee Assessment | $167.85 |
| 12/11/2015 | Auto Late Fee Assessment | $167.85 |
| 11/12/2015 | Auto Late Fee Assessment | $167.85 |
| 10/13/2015 | Auto Late Fee Assessment | $167.85 |
| 9/11/2015 | Auto Late Fee Assessment | $167.85 |
| 8/11/2015 | Auto Late Fee Assessment | $167.85 |
| 7/11/2015 | Auto Late Fee Assessment | $167.85 |
| 6/11/2015 | Auto Late Fee Assessment | $167.85 |
| 5/11/2015 | Auto Late Fee Assessment | $167.85 |

| **Date** | **Type** | **Amount** |
|---|---|---|
| 4/11/2015 | Auto Late Fee Assessment | $167.85 |
| 3/11/2015 | Auto Late Fee Assessment | $167.85 |
| 2/11/2015 | Auto Late Fee Assessment | $167.85 |
| 1/12/2015 | Auto Late Fee Assessment | $167.85 |
| 12/11/2014 | Auto Late Fee Assessment | $167.85 |
| 11/12/2014 | Auto Late Fee Assessment | $167.85 |
| 10/11/2014 | Auto Late Fee Assessment | $167.85 |
| 9/11/2014 | Auto Late Fee Assessment | $167.85 |
| 8/11/2014 | Auto Late Fee Assessment | $167.85 |
| 7/11/2014 | Auto Late Fee Assessment | $167.85 |
| 6/11/2014 | Auto Late Fee Assessment | $167.85 |
| 5/12/2014 | Auto Late Fee Assessment | $167.85 |
| 4/11/2014 | Auto Late Fee Assessment | $167.85 |
| 3/11/2014 | Auto Late Fee Assessment | $167.85 |
| 2/11/2014 | Auto Late Fee Assessment | $167.85 |
| 1/11/2014 | Auto Late Fee Assessment | $167.85 |
| 12/11/2013 | Auto Late Fee Assessment | $167.85 |
| 11/12/2013 | Auto Late Fee Assessment | $167.85 |
| 10/11/2013 | Auto Late Fee Assessment | $167.85 |
| 9/11/2013 | Auto Late Fee Assessment | $167.85 |
| 8/12/2013 | Auto Late Fee Assessment | $167.85 |
| 7/11/2013 | Auto Late Fee Assessment | $167.85 |
| 6/11/2013 | Auto Late Fee Assessment | $167.85 |
| 5/11/2013 | Auto Late Fee Assessment | $167.85 |
| 1/11/2013 | Auto Late Fee Assessment | $167.85 |
| 12/11/2012 | Auto Late Fee Assessment | $167.85 |
| 11/13/2012 | Auto Late Fee Assessment | $167.85 |
| 10/11/2012 | Auto Late Fee Assessment | $167.85 |
| 1/10/2012 | Auto Late Fee Assessment | $167.85 |
| 4/11/2011 | Auto Late Fee Assessment | $178.69 |
| 2/10/2011 | Auto Late Fee Assessment | $178.69 |
| 1/10/2011 | Auto Late Fee Assessment | $178.69 |
| 12/10/2010 | Auto Late Fee Assessment | $178.69 |
| 10/12/2010 | Auto Late Fee Assessment | $178.69 |
| 9/10/2010 | Auto Late Fee Assessment | $178.69 |
| 7/10/2010 | Auto Late Fee Assessment | $178.69 |
| 6/10/2010 | Auto Late Fee Assessment | $178.69 |
| 4/10/2010 | Auto Late Fee Assessment | $178.69 |
| 12/10/2009 | Auto Late Fee Assessment | $178.69 |
| 6/10/2009 | Auto Late Fee Assessment | $178.69 |
| 1/10/2009 | Auto Late Fee Assessment | $178.69 |
| 9/10/2008 | Auto Late Fee Assessment | $178.69 |
| 8/11/2008 | Auto Late Fee Assessment | $178.69 |

2

| Date | Type | Amount |
|---|---|---|
| 5/10/2008 | Auto Late Fee Assessment | $178.69 |
| 11/10/2007 | Auto Late Fee Assessment | $178.69 |
| 6/11/2007 | Auto Late Fee Assessment | $178.69 |
| 11/10/2006 | Auto Late Fee Assessment | $178.69 |

**FEES ASSESSED:**       $14,398.02

**FEE PAYMENTS:**       -$10,221.57

**FEE WAIVERS:**        -$3,016.08

---

**TOTAL LATE FEES DUE:**   $1,160.37

# FRANCOIS YOUHANNA – SECOND MORTGAGE ASSESSED LATE FEES

| Date | Type | Amount |
|---|---|---|
| 8/12/2019 | Auto Late Fee Assessment | $52.21 |
| 12/11/2018 | Auto Late Fee Assessment | $52.21 |
| 11/13/2018 | Auto Late Fee Assessment | $52.21 |
| 10/11/2018 | Auto Late Fee Assessment | $52.21 |
| 9/11/2018 | Auto Late Fee Assessment | $52.21 |
| 8/11/2018 | Auto Late Fee Assessment | $52.21 |
| 7/11/2018 | Auto Late Fee Assessment | $52.21 |
| 6/11/2018 | Auto Late Fee Assessment | $52.21 |
| 5/11/2018 | Auto Late Fee Assessment | $52.21 |
| 4/11/2018 | Auto Late Fee Assessment | $52.21 |
| 3/12/2018 | Auto Late Fee Assessment | $52.21 |
| 2/12/2018 | Auto Late Fee Assessment | $52.21 |
| 1/11/2018 | Auto Late Fee Assessment | $52.21 |
| 12/11/2017 | Auto Late Fee Assessment | $52.21 |
| 11/13/2017 | Auto Late Fee Assessment | $52.21 |
| 10/11/2017 | Auto Late Fee Assessment | $51.92 |
| 9/11/2017 | Auto Late Fee Assessment | $51.92 |
| 8/11/2017 | Auto Late Fee Assessment | $51.92 |
| 7/11/2017 | Auto Late Fee Assessment | $51.92 |
| 6/12/2017 | Auto Late Fee Assessment | $51.92 |
| 5/11/2017 | Auto Late Fee Assessment | $51.92 |
| 4/11/2017 | Auto Late Fee Assessment | $51.92 |
| 3/11/2017 | Auto Late Fee Assessment | $51.92 |
| 2/11/2017 | Auto Late Fee Assessment | $51.92 |
| 1/11/2017 | Auto Late Fee Assessment | $51.92 |
| 12/12/2016 | Auto Late Fee Assessment | $51.92 |
| 11/12/2016 | Auto Late Fee Assessment | $51.92 |
| 10/11/2016 | Auto Late Fee Assessment | $51.92 |
| 9/12/2016 | Auto Late Fee Assessment | $51.92 |
| 8/11/2016 | Auto Late Fee Assessment | $51.92 |
| 7/11/2016 | Auto Late Fee Assessment | $51.92 |
| 6/11/2016 | Auto Late Fee Assessment | $51.92 |
| 5/11/2016 | Auto Late Fee Assessment | $51.92 |
| 4/11/2016 | Auto Late Fee Assessment | $51.92 |
| 3/11/2016 | Auto Late Fee Assessment | $51.92 |
| 2/11/2016 | Auto Late Fee Assessment | $51.92 |
| 1/11/2016 | Auto Late Fee Assessment | $51.92 |
| 12/11/2015 | Auto Late Fee Assessment | $51.92 |
| 11/12/2015 | Auto Late Fee Assessment | $51.92 |

| Date | Type | Amount |
|---|---|---|
| 10/13/2015 | Auto Late Fee Assessment | $51.92 |
| 9/11/2015 | Auto Late Fee Assessment | $51.92 |
| 8/11/2015 | Auto Late Fee Assessment | $51.92 |
| 7/11/2015 | Auto Late Fee Assessment | $51.92 |
| 6/11/2015 | Auto Late Fee Assessment | $51.92 |
| 5/11/2015 | Auto Late Fee Assessment | $51.92 |
| 4/11/2015 | Auto Late Fee Assessment | $51.92 |
| 3/11/2015 | Auto Late Fee Assessment | $51.92 |
| 2/11/2015 | Auto Late Fee Assessment | $51.92 |
| 1/12/2015 | Auto Late Fee Assessment | $51.92 |
| 12/11/2014 | Auto Late Fee Assessment | $51.92 |
| 11/12/2014 | Auto Late Fee Assessment | $51.92 |
| 10/11/2014 | Auto Late Fee Assessment | $51.92 |
| 9/11/2014 | Auto Late Fee Assessment | $51.92 |
| 8/11/2014 | Auto Late Fee Assessment | $51.92 |
| 7/11/2014 | Auto Late Fee Assessment | $51.92 |
| 6/11/2014 | Auto Late Fee Assessment | $51.92 |
| 5/12/2014 | Auto Late Fee Assessment | $51.92 |
| 4/11/2014 | Auto Late Fee Assessment | $51.92 |
| 3/11/2014 | Auto Late Fee Assessment | $51.92 |
| 2/11/2014 | Auto Late Fee Assessment | $51.92 |
| 1/11/2014 | Auto Late Fee Assessment | $51.92 |
| 12/11/2013 | Auto Late Fee Assessment | $51.92 |
| 11/12/2013 | Auto Late Fee Assessment | $51.92 |
| 10/11/2013 | Auto Late Fee Assessment | $51.92 |
| 9/11/2013 | Auto Late Fee Assessment | $51.92 |
| 8/12/2013 | Auto Late Fee Assessment | $51.92 |
| 7/11/2013 | Auto Late Fee Assessment | $51.92 |
| 6/11/2013 | Auto Late Fee Assessment | $51.92 |
| 5/11/2013 | Auto Late Fee Assessment | $51.92 |
| 1/11/2013 | Auto Late Fee Assessment | $51.92 |
| 12/18/2012 | Auto Late Fee Assessment | $51.92 |
| 9/11/2012 | Auto Late Fee Assessment | $60.90 |
| 8/11/2012 | Auto Late Fee Assessment | $60.90 |
| 7/11/2012 | Auto Late Fee Assessment | $60.90 |
| 6/11/2012 | Auto Late Fee Assessment | $60.90 |
| 5/10/2012 | Auto Late Fee Assessment | $60.90 |
| 4/10/2012 | Auto Late Fee Assessment | $60.90 |
| 3/10/2012 | Auto Late Fee Assessment | $60.90 |
| 2/10/2012 | Auto Late Fee Assessment | $60.90 |
| 1/10/2012 | Auto Late Fee Assessment | $60.90 |
| 12/10/2011 | Auto Late Fee Assessment | $60.90 |
| 11/10/2011 | Auto Late Fee Assessment | $60.90 |

2

| Date | Type | Amount |
|---|---|---|
| 4/11/2011 | Auto Late Fee Assessment | $60.90 |
| 10/12/2010 | Auto Late Fee Assessment | $60.90 |
| 7/10/2010 | Auto Late Fee Assessment | $60.90 |
| 6/10/2010 | Auto Late Fee Assessment | $60.90 |
| 4/10/2010 | Auto Late Fee Assessment | $60.90 |
| 12/10/2009 | Auto Late Fee Assessment | $60.90 |
| 6/22/2009 | Auto Late Fee Assessment | $60.90 |
| 1/10/2009 | Auto Late Fee Assessment | $60.90 |
| 9/10/2008 | Auto Late Fee Assessment | $60.90 |
| 8/11/2008 | Auto Late Fee Assessment | $60.90 |
| 5/10/2008 | Auto Late Fee Assessment | $60.90 |
| 11/10/2007 | Auto Late Fee Assessment | $60.90 |

**FEES ASSESSED:**       $5,087.02

**FEE PAYMENTS:**        -$2,628.82

**FEE WAIVERS:**         -$121.80

---

**TOTAL LATE FEES DUE:**   $2,336.40

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Francois Youhanna<br>*dba* Target Pizza and Subs, Inc.<br><br>Debtor | Chapter 13<br>Case Number 15-11440 |

## CERTIFICATE OF SERVICE

I, John F. Morello, Esquire, state that on February 10, 2020, I electronically filed the attached Notice of Post-petition Mortgage Fees, Expenses and Charges with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Joseph P. Foley
Law Offices of Joseph P. Foley
98 North Washington Street, Suite 104
Boston, MA 02114
hweinberg@jrhwlaw.com

John Fitzgerald
United States Trustee
USTPRegion01.BO.ECF@USDOJ.GOV

Carolyn Bankowski – 13
Chapter 13 Trustee Boston
P.O. Box 8250
Boston, MA 02114
13trustee@ch13boston.com

Francois Youhanna
5198 Washington Street
West Roxbury, MA 02132

/s/ John F. Morello
_____
John F. Morello